WALTER F. BARRY, appellant,

*v.*

ANNA RUSKIN, respondent.

[Decided January 31st, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Berry, whose opinion is reported in *99 N. J. Eq. 730.*

*Messrs. Lum, Tamblyn & Colyer,* for the appellant.

*Messrs. Lane, Lynch & Smith,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.